

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00879-CV

Cresenciano **SANCHEZ**,
Appellant

v.

**WALTER MORTGAGE COMPANY LLC,**
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48901-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: February 5. 2014

DISMISSED

Cresenciano Sanchez filed a notice of appeal from the trial court's judgment signed November 13, 2013. Sanchez was required to pay a $195.00 filing fee when he filed the appeal on December 10, 2013. *See* TEX. R. APP. 5; TEX. GOV'T CODE ANN. §§ 51.0051, 51.207(b)(1), 51.208, 51.941(a) (West 2013); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). Sanchez did not pay the filing fee. The clerk of this court notified Sanchez by letter dated December 13, 2013,

that his notice of appeal was conditionally filed and advised that the filing fee was due no later than December 23, 2013. Sanchez did not pay the fee.

In addition, the trial court clerk filed a notification of late record, stating that the record, which was due January 13, 2014, would not be timely filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record, and appellant is not entitled to the record without paying the fee.

On January 8, 2014, we ordered Sanchez must either (1) provide written proof to this court that that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from prepaying fees and costs; *see* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs); or (2) pay the appellate filing fee to the clerk of this court <u>and</u> provide written proof that he has paid the trial court clerk's fee for preparing the clerk's record or has made arrangements satisfactory to the clerk to pay the fee. We ordered Sanchez must satisfactorily respond to our order no later than January 20, 2014, and advised him that if he failed to respond within the time provided, his appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b); 42.3(c). Sanchez has not paid the appellate filing fee and has not filed a response to our order. We therefore dismiss this appeal for want of prosecution.

PER CURIAM